UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DAMIAN JARAMILLO,<br><br>Defendant. | CASE NO.:   21-cr-3523-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING** in the Parties' Joint Motion, the Motion Hearing/Trial Setting is continued from February 25, 2022 to **March 25, 2022 at 1:30 p.m.** For the reasons stated in the Parties' Motion, the Court finds that time between February 25, 2022 and March 25, 2022 is excluded under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(1)(D) & (h)(7)(A).

**IT IS SO ORDERED.**

Dated:  February 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge